IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| Annie R. Jackson, | Civil Action No. 0:17-cv-2606-CMC |
|---|---|
| Plaintiff, vs. | **ORDER** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, Defendant. | |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 20. In her petition, Plaintiff seeks an award of attorney's fees in the amount of $3,532.50, representing 18 attorney hours at the rate of $196.25 per hour, and expenses of $16.00.

The Commissioner filed a response indicating that she does not oppose payment of $3,532.50 in attorney's fees and $16.00 in expenses to Plaintiff. ECF No. 21. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $3,532.50 in attorney's fees and $16.00 in expenses, payable directly to Plaintiff.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
Senior United States District Judge

Columbia, South Carolina
June 28, 2018